IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW CHAMBLIN,

     Petitioner,

v.                                 CASE NO. 1:13-cv-25-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

     Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Petitioner's Motion to Accept

Supplemental Exhibits.  Petitioner requests the Court to accept additional documents in

support of his pending petition for habeas corpus pursuant to 28 U.S.C. § 2254, service

of which has been directed by separate order.  Upon due consideration, Petitioner's

motion to supplement his § 2254 habeas petition is **GRANTED** to the extent that the

documents shall be considered an exhibit to his original petition (Doc. 1.)

     **DONE AND ORDERED** this 20th day of February 2013.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge