IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW CHAMBLIN,

    Petitioner,

v.                                             CASE NO. 1:13-cv-25-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 10, Petitioner's "Supplemental Act," construed as a motion to amend his petition under 28 U.S.C. § 2254. Petitioner states that he wishes to add a fourth claim of relief to his pending § 2254 petition. Upon due consideration, the Court finds that the motion to amend is due to be granted. However, Petitioner will be required to file a complete First Amended Petition, that includes all four grounds for relief, on the Court's form.

    Accordingly, it is **ORDERED**:

    1. Petitioner's motion to amend his habeas corpus petition, Doc. 10, is **GRANTED**.

    2. The Clerk shall send Petitioner a blank 28 U.S.C § 2254 petition form for state prisoners.

    3. Petitioner must file his original First Amended Petition, which shall include all four grounds for relief, together with two identical service copies, **on or before March 14, 2013.**

    4. The deadline for Respondent to submit a response to the petition remains **May 21, 2013.**

    **DONE AND ORDERED** this 22nd day of February 2013.

                                                  *s/ Gary R. Jones*
                                                  GARY R. JONES
                                                  United States Magistrate Judge