IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW CHAMBLIN,

    Petitioner,

v.                                        CASE NO. 1:13-cv-00025-MP-GRJ

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 3, 2015. (Doc. 33).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 33, is adopted and incorporated by reference in this order.

    2.    Petitioner's First Amended Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, Doc. 12, is DENIED.

    3.    A certificate of appealability is DENIED.

**DONE AND ORDERED** this  _13th_ day of January, 2016

                                                  *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge